Paul M. Belnap,  #0279
Stuart H. Schultz,  #2886
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah  84180
Telephone:  (801) 532-7080
Facsimile:  (801) 596-1508
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAWN SUMMER HANSEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM AUTOMOBILE<br>INSURANCE, aka STATE FARM<br>INSURANCE COMPANIES<br><br>    Defendant. | **CASE STATUS REPORT**<br><br><br>Case No.:  1:09cv00116<br><br>Judge Dee Benson |

Defendant State Farm Automobile Insurance, aka State Farm Insurance Companies ("State Farm"), by and through counsel, hereby submits this Case Status Report in order to inform the Court of the current status of Plaintiff's case.

1.      On March 13, 2009, Plaintiff filed her Complaint against State Farm. (See Complaint, State Court Docket Case No. 090100665.)

2.      On August 20, 2009, Plaintiff served a Summons and copy of the Complaint on State Farm. (See Complaint, State Court Docket Case No. 090100665.)

3.      On September 1, 2009, State Farm removed the case to federal court and filed its Answer.  (See Answer, Court Docket.)

4.      On December 15, 2009, State Farm sent a draft of the Attorneys' Planning Meeting Report to Plaintiff's counsel, Kelly Cardon, for approval.  (See Schultz letter dated December 14, 2009, Ex. A; Attorneys' Planning Meeting Report, Ex. B.)

5.      Over four months later, on April 23, 2010, after receiving no response regarding the Attorneys' Planning Meeting Report, State Farm sent a revised draft of the Attorneys' Planning Meeting Report to Mr. Cardon for approval.  (See Anderson letter dated April 23, 2010 and attached Attorneys' Planning Meeting Report, Ex. C.)

6.      Again, State Farm received no response.

7.      Finally, on May 20, 2010, after over seven months of no contact with Plaintiff or Mr. Cardon, and no action from Plaintiff to move her case forward, State Farm received a Notice of Withdrawal of Counsel from Mr. Cardon.  (See Notice of Withdrawal of Counsel, Ex. D.)

8.      On July 12, 2010, State Farm's counsel sent a letter to Mr. Cardon explaining that, according to State Farm's interpretation of District Court Rule 83-1.4, Mr. Cardon's Notice of Withdrawal did not comply with the Local Rule, and counsel requested that Plaintiff state her intentions regarding her case.  (See Belnap letter dated July 12, 2010, Ex. E.)

9.      Again, State Farm received no response.

10.     On September 1, 2010, counsel for State Farm again attempted to call Mr. Cardon to learn of Plaintiff's intentions to move her case forward.  No return call has been made to counsel for State Farm.

11.     State Farm has previously prepared its Initial Disclosures, but has not served these disclosures since it has not received a signed Attorneys' Planning Meeting Report.

DATED this ___3___ day of September, 2010.

STRONG & HANNI

By _____
Paul M. Belnap
Stuart H. Schultz
Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on this _3rd_ day of September, 2010, a true and correct copy

of the foregoing **CASE STATUS REPORT** was served by the method indicated below to the

following:

Kelly G. Cardon                    ( ✓ )   U.S. Mail, Postage Prepaid
3858 Washington Blvd.              (   )   Hand Delivered
Ogden, UT  84403                   (   )   Overnight Mail
*Attorney for Plaintiff*           (   )   Facsimile
                                   (   )   CM/ECF System

004409.

4